```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

IN RE:                                          CASE NO. 07 B 14430
JERRY HUDSON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
        Debtor
  SSN XXX-XX-8099

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/10/07 .

2. The case was dismissed without confirmation, 11/09/2007.

3. The Debtor paid a total of $ 1225.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAS SERVICING CO | SECURED | .00 | .00 | .00 |
| FAIRVILLE | SECURED VEHIC | .00 | .00 | 300.00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | 150.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ARROW FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | NOT FILED | .00 | .00 |
| GSAC | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTISTS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT & COLL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| SUPERIOR ASSET MGMT | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 450.00 | .00 | .00 | .00 | 450.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 450.00 | .00 | .00 | .00 | 450.00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $ 3500.00 and was paid $ 657.00 direct and $ 719.87 through the plan.

The Trustee received $ 55.13 .

Refunds to the Debtor totaled $ .00 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE